GAY CROSTHWAIT GRUNFELD – 121944
LISA ELLS – 243657
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbg-law.com
lells@rbg-law.com

Attorneys for Plaintiffs EMI April Music Inc. et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMI APRIL MUSIC INC., LELLOW PRODUCTIONS INC., BOOK OF DANIEL, CONTROVERSY MUSIC, HERBILICIOUS MUSIC, WB MUSIC CORP. AND BLACK FOUNTAIN MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>MAXWELL'S, INC., MARK CHRISTOPHER DOUGLAS AND DARRELL LEM EDWARDS,<br><br>Defendants. | Case No. CV 08-05764 CW<br><br>[PROPOSED] ORDER PERMITTING PLAINTIFFS' CLIENT REPRESENTATIVE TO ATTEND MEDIATION TELEPHONICALLY |

[PROPOSED] ORDER PERMITTING PLAINTIFFS' CLIENT REPRESENTATIVE TO ATTEND MEDIATION TELEPHONICALLY - CASE NO. CV 08-05764 CW

[295704-1]

Pursuant to Northern District of California ADR Local Rule 6-10(d), the Court hereby GRANTS Plaintiffs' request that Plaintiffs' representative be permitted to attend mediation in this case telephonically.

IT IS SO ORDERED.

Dated: 5/22/ , 2009

Wayne D. Brazil
United States Magistrate Judge

[295704-1]