GAY CROSTHWAIT GRUNFELD – 121944
LISA ELLS – 243657
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
ggrunfeld@rbg-law.com
lells@rbg-law.com

Attorneys for Plaintiffs EMI April Music Inc., et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMI APRIL MUSIC INC., LELLOW PRODUCTIONS INC., BOOK OF DANIEL, CONTROVERSY MUSIC, HERBILICIOUS MUSIC, WB MUSIC CORP. AND BLACK FOUNTAIN MUSIC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MAXWELL'S, INC., MARK CHRISTOPHER DOUGLAS AND DARRELL LEM EDWARDS,<br><br>　　　　Defendants. | Case No. CV 08-05764 CW<br><br>**STIPULATION AND ORDER AMENDING THE COMPLAINT** |

1   WHEREAS, Plaintiffs filed their Complaint on December 29, 2009; and

2   WHEREAS, Plaintiffs' counsel has received additional information regarding the
3   Defendants named herein; and

4   WHEREAS, pursuant to Federal Rule 15(a)(2), the Complaint may be amended with the
5   opposing parties' written consent;

6   IT IS HEREBY STIPULATED and agreed that Plaintiffs' Complaint shall be deemed
7   amended to replace the original paragraphs 4 and 5 with the following language:

8       4.    Upon information and belief, Defendant Maxwell's, Inc., is a suspended or dissolved California corporation which did at the times hereinafter mentioned and/or still does own, control, manage, operate and maintain a place of business for public entertainment, accommodation, amusement and refreshment known as Maxwell's, located at 341 13th Street, in Oakland, in the State of California, or was otherwise created, and exists or existed, for the purpose of serving the business interests of the individual Defendants named herein.

15      5.    Upon information and belief, Defendants Mark Christopher Douglas and Darrell Lem Edwards are residents of this District and, at all times hereinafter mentioned were and still are principal stockholders of Defendant Maxwell's, Inc., holders of the liquor license for Maxwell's, and are either controlling stockholders of Maxwell's, Inc., or joint venturers and/or partners doing business as "Maxwell's." Defendants Mark Christopher Douglas and Darrell Lem Edwards share joint responsibility for the control, management, operation and maintenance of the affairs of Maxwell's, Inc., and the business known as "Maxwell's;" the acts hereinafter complained of were done with their active assistance, cooperation, acquiescence and procurement; and they derive financial benefit therefrom.

25  / / /
26  / / /
27  / / /
28

IT IS FURTHER STIPULATED and agreed that Defendants waive notice and service of the amendments to the Complaint and shall not be required to answer the amendments, and that all denials, responses and affirmative defenses contained in the answer filed by Defendants to the original Complaint shall be deemed responsive to the amended Complaint.

IT IS SO STIPULATED:

Dated: May 20, 2009

ROSEN, BIEN & GALVAN, LLP

By: /s/ Gay Crosthwait Grunfeld
Gay Crosthwait Grunfeld
Attorneys for Plaintiffs
EMI April Music Inc., et al.

Dated: May 21, 2009

TAYLOR, GOINS & STALLWORTH LLP

By: /s/ Vernon C. Goins II
Vernon C. Goins II
Attorneys for Defendants
Maxwell's, Inc., et al.

IT IS SO ORDERED.   The complete amended complaint must be filed.  See L.R. 10-1.

Dated: May 29, 2009

Honorable Claudia Wilken
United States District Judge

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2